# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| LELAND VINCENT FORTNEY | Case Number: 8:01-CR-268-T-17MAP<br>USM Number: 39884-018 |
| | AFPD Jenny Devine<br>Defendant's Attorney |

**THE DEFENDANT:**
__X__ admitted guilt to violation of charge number(s) _1 and 2_ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Positive urinalysis for Oxycodone | October 12, 2009 |
| 2 | Failure to complete a Residential Drug Treatment program | October 12, 2009 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 5, 2010
Date of Imposition of Judgment

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

FEBRUARY 8th, 2010
Date

DEFENDANT: LELAND VINCENT FORTNEY
CASE NUMBER: 8:01-CR-268-T-17MAP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **THIRTEEN (13) MONTHS** with credit for time served to be calculated by the United States Bureau of Prisons.

__X__    The defendant is remanded to the custody of the United States Marshal Service.

### Recommendations to the United States Bureau of Prisons:
(1) Incarceration in Illinois, as close to Ipava, Illinois as possible.
(2) Opportunity for maximum substance abuse counseling available to defendant.
(3) Pursue vocational courses in welding trade.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL